```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 13570
    DAVID A ULLRICH
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-3508


-------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------

      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/29/07 .

    2.  The case was dismissed without confirmation, 01/25/2008.

    3.  The Debtor paid a total of $    6516.93 .

    4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
GMAC RESCAP LLC            CURRENT MORTG         .00          .00           .00
GMAC RESCAP LLC            MORTGAGE ARRE   NOT FILED          .00           .00
BANK OF AMERICA            SECURED VEHIC        .00           .00           .00
CARMAX AUTO FINANCE        SECURED VEHIC        .00           .00           .00
KENDALL COUNTY COLLECTOR   SECURED              .00           .00           .00
CHASE MANHATTAN BANK USA   UNSECURED       NOT FILED          .00           .00
CHASE MANHATTAN BANK USA   UNSECURED       NOT FILED          .00           .00
COMED                      UNSECURED       NOT FILED          .00           .00
ECAST SETTLEMENT CORPORA   UNSECURED       NOT FILED          .00           .00
ECAST SETTLEMENT CORP      UNSECURED       NOT FILED          .00           .00
MILL STAR                  UNSECURED       NOT FILED          .00           .00
NICOR GAS                  UNSECURED       NOT FILED          .00           .00
SBC AMERITECH              UNSECURED       NOT FILED          .00           .00
ECMC                       UNSECURED       NOT FILED          .00           .00
        Summary of disbursements:
-------------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00          .00          .00          .00           .00
PRINCIPAL PAID        .00          .00          .00          .00           .00
INTEREST PAID         .00          .00          .00          .00           .00
TOTAL PAID            .00          .00          .00          .00           .00
The Debtor's attorney, ROBERT V SCHALLER              , was allowed $    1515.00
and was paid $    688.00   direct and $    827.00  through the plan.

The Trustee received $     50.92 .

Refunds to the Debtor totaled $   5639.01 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 09/10/08                          /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE

                              PAGE   2
        CASE NO. 07 B 13570 DAVID A ULLRICH

Case 07-13570   Doc 71   Filed 09/10/08   Entered 09/10/08 12:22:27   Desc   Page 2 of 2

in this case.

Dated: 09/10/08                          /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE

                              PAGE   2
        CASE NO. 07 B 13570 DAVID A ULLRICH